# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 1193

**DECEMBER 6, 2021**

---

In Re:   Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 450,459.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JMM**
> **WIL**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT